# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIA EDENS,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>NAH-LVH, LLC,<br><br>　　　Defendant(s). | Case No.: 2:19-cv-00747-RFB-VCF<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is a stipulation to continue the early neutral evaluation. Docket No. 15. As a one-time courtesy to counsel, the Court will resolve the stipulation on its merits even though it is admittedly untimely. The Court expects strict compliance with its orders in the future. For good cause shown, the stipulation is **GRANTED**. The early neutral evaluation is **CONTINUED** to 1:30 p.m. on October 2, 2019. Early neutral evaluation statements must be submitted by September 25, 2019.

IT IS SO ORDERED.

Dated: August 1, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge