1

**SODW**
GABROY LAW OFFICES
Christian Gabroy (#8805)
Justin A. Shiroff (#12869)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
jshiroff@gabroy.com
*Attorneys for Plaintiff Rosalia Edens*

2

3

4

5

6

7

**EIGHTH JUDICIAL DISTRICT COURT**

8

**CLARK COUNTY, NEVADA**

9

| | |
|---|---|
| ROSALIA EDENS an individual; | Case No: 2:19-cv-00747-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NAV-LVH, LLC d/b/a and a/k/a WESTGATE LAS VEGAS RESORT & CASINO; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendant. | |

10

11

12

13

14

15

16

17

<u>**STIPULATION AND ORDER TO
DISMISS WITH PREJUDICE**</u>

18

19

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff

20

Rosalia Edens, through her attorney of record, Christian Gabroy, Esq. of Gabroy Law

21

Offices and Defendant NAV-LVH, LLC through their attorney of record Phillip Silvestri,

22

Esq. of Greenspoon Marder LLP, that this action shall be dismissed with prejudice.

///

23

///

24

///

25

///

26

27

28

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

DATED this 15th day of November, 2019.

GREENSPOON MARDER LLP

By: /s/ Phillip Silvestri

Phillip Silvestri, Esq.
3993 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89169
Telephone (702) 978-4249
Phillip.Silvestri@gmlaw.com
*Attorneys for Defendant*

GABROY LAW OFFICES

By: /s/ Christian Gabroy

Christian Gabroy, Esq.
Justin A. Shiroff, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Telephone: (702) 259-7777
christian@gabroy.com
jshiroff@gabroy.com
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:____November 18, 2019_____

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704